y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice substituye al apelado.

No. 5613.—Berio, apldo., *v.* Díaz, aplte.—C. D. San Juan. Mayo 22, 1931.

Vista la moción del demandante y apelado Gaspar Berio para que sustituyamos en su lugar en este pleito a Antonio Berio Frau por haberle cedido todo su interés en el mismo, y no apareciendo que el cesionario solicite la substitución y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice substituye al apelado.

No. 5102.—Berio, apldo., *v.* Rivera, aplte.—C. D. San Juan. Mayo 22, 1931.

Vista la moción del demandante y apelado Gaspar Berio para que sustituyamos en su lugar en este pleito a Antonio Berio Frau por haberle cedido todo su interés en el mismo, y no apareciendo que el cesionario solicite la substitución y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice substituye al apelado.

Ex parte Brunet, peticionario. Junio 22, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la petición que antecede, así como el caso *Ex Parte Muñoz,* 41 D.P.R. 360, no ha lugar a la admisión del peticionario al ejercicio de la abogacía en esta Isla sin examen de reválida.

No. 5394.—Pabón, aplte., *v.* Asamblea Municipal de Cabo Rojo, aplda.—C. D. Mayagüez. Junio 22. 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, Bernardo Pabón presentó en la Corte de Distrito de Mayagüez una solicitud de *certiorari* contra la